AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

STEVEN KINFORD,

    Petitioner,       JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:12-CV-00136-ECR-VPC**

LYON COUNTY DISTRICT COURT,

    Respondents.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED for failure to state a claim for which relief may be granted.

   3/20/2012                                                              **LANCE S. WILSON**
                                                                                  Clerk

                                                            /s/ Pamela McDonald
                                                               Deputy Clerk